IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DAJUAN PARKER,<br><br>                Defendant. | 8:20CR150<br><br>**ORDER ON APPEARANCE FOR PRETRIAL RELEASE VIOLATION** |

      The defendant appeared before the Court on October 20, 2020 for a Disposition Hearing regarding Petition for Action on Conditions of Pretrial Release [28], which the defendant denied violating at his initial appearance on October 2, 2020.  Dennis Whelan represented the defendant. Sean Lynch represented the government.

      The Court took judicial notice of the petition.  Both parties were given an opportunity to present evidence and make argument.  After consideration of the parties' evidence and arguments, the Court finds there is probable cause that a crime was committed; and clear and convincing evidence that a condition was violated.  Therefore, the Court finds the defendant violated the Order Setting Conditions of Release [12].

      The government requested an order of revocation and detention.  The defendant did not resist detention.  The Court took judicial notice of the violation report.  After consideration of the report of Pretrial Services and the arguments of the parties, and affording the defendant an opportunity for allocution, the Court finds there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community; and the defendant is unlikely to abide by any condition or combination of conditions of release.  The government's request for revocation and detention is granted.  The Order Setting Conditions of Release [12] is revoked and the defendant shall be detained until further order of the court.

      The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

      **IT IS SO ORDERED**.

2

Dated this 20th day of October, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge